B14010033

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 13-49473 |
| | ) | |
| David Larry Liceaga | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Honorable Judge A. Benjamin Goldgar |

## AGREED ORDER

This matter coming before the court on the Motion to Determine Value filed by David Larry Liceaga, by and through his attorney, the parties having reached an agreement as to the value of the property located at 2846 West 36th Street, Chicago, Illinois 60632 (the "Property") and an agreement as to the treatment of the first mortgage lien held by JPMorgan Chase Bank, National Association, it is hereby ordered:

1. Both parties are in agreement that the value of the Property as of the Petition Date is $23,800.67.

2. JPMorgan Chase Bank, National Association is the holder of an allowed claim secured by the property described above in the amount of $23,800.67 which accrues interest at the rate of 5.00% per annum, which amount shall be paid in-full over the course of Debtor's bankruptcy.

3. JPMorgan Chase Bank, National Association shall release its lien upon discharge.

4. Debtor shall continue to be liable to make direct monthly escrow payments to Creditor for taxes and insurance only in the amount of $388.63, which amount is subject to change with a proper Notice of Payment Change. Debtor shall also continue to be liable for post-petition fees and costs incurred by Creditor pursuant to the underlying loan documents. Creditor shall file proper notices of post-petition fees as required by the U.S. Bankruptcy Code and the general orders of the Northern District of Illinois.

5. Debtor shall file a modified plan reflecting the terms of this Agreed Order.

6. The evidentiary hearing set for September 9, 2014 at 1:30 p.m. is hereby stricken.

| | |
|---|---|
| /s/  Charles L. Magerski | /s/  Crystal V. Sava |
| Attorney for Debtor | Attorney for Creditor |

                      ENTERED:

_____
Bankruptcy Judge

FREEDMAN ANSLEMO LINDBERG LLC
1771 W. Diehl Road, Suite 150
Naperville, IL 60563-4947
(630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**